ACCEPTED
14-14-00927-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 3:19:43 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00927-CV

**In The**
**Fourteenth Court of Appeals at Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 3:19:43 PM
CHRISTOPHER A. PRINE
Clerk

ULRIKA BJORKSTAM AND JOSEPH DANIEL DRAY,
*Appellants,*

v.

WOODWARD, INC.,
*Appellee.*

On Appeal from the 190th Judicial District Court Of
Harris County, Texas
Trial Cause No. 2010-31214
The Honorable Patricia J. Kerrigan, Presiding

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Ulirka Bjorkstam and Joseph Daniel Dray file their Second Unopposed Motion for Extension of Time to File Appellants' Brief, pursuant to Tex. R. App. P. 10.5(b).

1.      Presently, Appellants' Brief is due March 2, 2015.

2.      Through this Unopposed Motion, Appellants seek an extension of twenty-one (21) days to file their Brief.  Should the Court grant this Motion, the new deadline will be March 23, 2015.

3.      Contemporaneously with this Motion, Appellants filed their Unopposed Motion to Supplement the Reporter's Record.  Through that Motion,

Appellants seek to add the transcript of a hearing that occurred on May 17, 2013. There is a reference to the May 17th hearing in the Reporter's Record currently on file with the Court. The May 17th hearing transcript is necessary for the complete presentation of Appellants' arguments. The court reporter is ready to file the May 17th hearing transcript, if the Court should grant Appellants' Unopposed Motion to Supplement the Reporter's Record.

4. Additionally, Appellants' counsel argued before the Delaware Supreme Court on February 18, 2015 in *Bell Helicopter Textron, Inc. v. Andres Arteaga, et al.,* Case Number 333, 2014. As a result, the first eighteen days of February were devoted to preparing for this argument, as well as getting acclimated to a new law firm. Moreover, upon return from Delaware, where the weather was extremely cold, Appellants' counsel fought cold and flu symptoms for several days.

5. Counsel for Woodward, Inc., has no objection to the requested extension of twenty-one (21) days. Therefore, should the Court grant this Motion, the extension will not result in undue hardship or material harm to Woodward, Inc.

6. Appellants have previously sought a thirty-day extension from the Court.

For these reasons, Appellants request that the Court grant their Second Unopposed Motion for Extension of Time to File Appellants' Brief.

2

Respectfully submitted,

**PIERCE & O'NEILL, LLP**


*/s/ John C. Schwambach, Jr.*

John C. Schwambach, Jr.
Texas State Bar Number 17858450
4203 Montrose Boulevard
Houston, Texas 77006
713-634-3607  Direct
713-634-3600  Main
713-634-3601  Facsimile
jschwambach@pierceoneill.com

*Attorney for Appellants*

## CERTIFICATE OF CONFERENCE

I, John C. Schwambach, Jr., counsel for Appellants, Ulrika Bjorkstam and Joseph Daniel Dray, hereby certify that I have conferred with Timothy S. McConn, counsel for Appellee, about the merits of this Motion, and he is unopposed to this Motion.

/s/ John C. Schwambach, Jr.
**John C. Schwambach, Jr.**

**CERTIFICATE OF SERVICE**

Pursuant to the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing was electronically filed and served upon all know counsel of record this 2nd day of March, 2015.

/s/ John C. Schwambach, Jr.
**John C. Schwambach, Jr.**